Camellia Baray, State Bar No. 179219
BONJOUR, THORMAN, BARAY & BILLINGSLEY
24301 Southland Dr., Ste 312
Hayward, Ca. 94545
Telephone:  (510) 785-8400
Facsimile:   (510) 670-0955
camellia@btbandb.com

Attorneys for Defendant Jamie Richardson

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>v.<br><br>JAMIE RICHARDSON, et al.,<br><br>             Defendant.<br>_____/ | No.  CR 09-00203 CW<br><br>[PROPOSED] ORDER DIRECTING GLENN DYER FACILITY TO PERMIT DEFENDANT JAMIE RICHARDSON USE AND POSSESSION OF AN MP3 AUDIO PLAYER TO REVIEW DISCOVERY |

GOOD CAUSE APPEARING, upon request of the defendant, Jamie Richardson, by and through his counsel, Camellia Baray, it is HEREBY ORDERED that the Glenn Dyer Facility allow defendant use and possession of an MP3 player to listen to recordings produced in discovery in the above-referenced matter.  Any MP3 player in defendant's possession shall not have a radio and shall not have metal earphones.

Dated: December 6, 2010     By: _____
                                                     LAUREL BEELER
                                                     United States Magistrate Judge

1