UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>JAMIE MALIK RICHARDSON,<br><br>　　　　　　　Defendant.<br>_____/ | No. CR 09-00203-26 CW (LB)<br><br>ORDER REGARDING REIMBURSEMENT OF APPOINTED COUNSEL'S SERVICES<br><br>[ECF No. 1073] |

After review of documents submitted in camera regarding Defendant Jamie Richardson's continued eligibility for appointed counsel, and considering other documents in the electronic case file, the undersigned finds that Mr. Richardson continues to qualify for appointed counsel and does not order any reimbursement to the United States for appointed counsel's services.

This disposes of ECF No. 1073.

**IT IS SO ORDERED.**

Dated: April 26, 2011

_____
LAUREL BEELER
United States Magistrate Judge

ORDER CR 09-00203-26 CW (LB)